UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:02M152 (JGM) |
| | : |
| v. | : |
| | : |
| JAIR RAMIREZ | : APRIL 13, 2005 |

## MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby respectfully moves that the Complaint in this case, dated May 28, 2002, be dismissed. In support of this motion, the undersigned states that JAIR RAMIREZ, the defendant in this case, has been arrested in New Jersey, and is currently incarcerated.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar#:ct07997
157 Church Street
New Haven, CT 06510
Tel. (203) 821-3700   Fax: (203) 773-5378
Email: david.sheldon@usdoj.gov

**ORDER**

Upon consideration of the Government's Motion to Dismiss the complaint in <u>United States v. Jair Ramirez</u>, Crim. No. 3:02M152 (JGM), that motion is hereby GRANTED.

_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

Dated: April\_\_\_, 2005
New Haven, Connecticut